**KJK**
KOHRMAN|JACKSON|KRANTZ

ALEX E. JONES | Partner

Direct: 216.736.7241 | Mobile: 440.832.0599 | aej@KJK.com

July 10, 2025

Clerk's Office
U.S. District Court for the Northern District of Ohio
801 W Superior Ave #100
Cleveland, OH 44113

FILED

JUL 10 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

1:25MC00030

JUDGE CALABRESE

Re:   **Application for DMCA Subpoena**

Dear Sir or Madam:

On behalf of our client, Hesham Mohamed (hereinafter, "*Copyright Owner*"), we respectfully request that the Clerk issue a subpoena pursuant to 17 U.S.C. § 512(h).

By way of background, Section 512(h) of the Digital Millennium Copyright Act provides that a "copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States District Court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. § 512(h)(1). For a subpoena to be issued, Section 512 (h) requires that a copyright owner file the following with the Clerk:

(1) A copy of the notification required by Section 512(c)(3)(A);

(2) A proposed subpoena; and

(3) A sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title.

Accordingly, attached for filing with the Clerk are Copyright Owner's notification pursuant to Section 512(c)(3)(A), a proposed subpoena, and a sworn declaration. As Copyright Owner has complied with the requirements of the statute, we ask that the Clerk pursuant to Section 512(h)(4) expeditiously issue and sign the proposed subpoena and return it to Copyright Owner (c/o undersigned counsel) for service on the subpoena recipient.

$52.00 paid 7/10/25 — Receipt # 159173 CB

| CLEVELAND OFFICE | COLUMBUS OFFICE | KJK.com | **MERITAS** |
|---|---|---|---|
| 1375 East Ninth Street | 10 West Broad Street | | |
| One Cleveland Center + 29th Floor | One Columbus Center + Suite 2500 | | A LAW FIRM BUILT FOR BUSINESS. |
| Cleveland OH 44114 | Columbus OH 43215 | | |

1

**ALEX E. JONES | Partner**

Direct: 216.736.7241 | Mobile: 440.832.0599 | aej@KJK.com

Thank you for your cooperation and prompt response in this matter. If you have any questions, I am reachable as noted above.

Sincerely,

Alex E. Jones

Enclosures

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com

**MERITAS**

**A LAW FIRM BUILT FOR BUSINESS.**

2