

**ALEX E. JONES | Partner**

Direct: 216.736.7241 | Mobile : 440.832.0599 | AEJ@kjk.com

VIA EMAIL (ip@instagram.com)

July 9, 2025

Meta Platforms, Inc.
Attn: Instagram Designated Agent
1601 Willow Road
Menlo Park, California 94025

Re: DMCA Takedown Notice
https://www.instagram.com/p/DLjKME2I_EH/?igsh=MTE1cXhjZWUzajQ1MQ==
https://www.instagram.com/p/DLaY4eVpgH_/?igsh=d3kwNTgxNGVrNGhz&img_index=1
https://www.instagram.com/p/DLam2xPSLgJ/?igsh=NDZuZmc3a3h4NWo1

Dear Sir or Madam:

The undersigned and the law firm of Kohrman Jackson & Krantz LLP represents the owner (the "**Copyright Owner**") of the copyrighted image described below (the "**Copyrighted Work**"). This letter shall serve as notice of copyright infringement pursuant to the terms of the Digital Millennium Copyright Act ("**DMCA**").

It has come to our attention that an Instagram user posted the Copyrighted Work on Instagram at the following web addresses:
https://www.instagram.com/p/DLjKME2I_EH/?igsh=MTE1cXhjZWUzajQ1MQ==
https://www.instagram.com/p/DLaY4eVpgH_/?igsh=d3kwNTgxNGVrNGhz&img_index=1
https://www.instagram.com/p/DLam2xPSLgJ/?igsh=NDZuZmc3a3h4NWo1
(the "**Infringing Posts**").

The Infringing Posts were posted beginning on June 27, 2025, by a user identified as realmilliondollardoorman. The Infringing Posts contains a photo that is a copyrighted image owned by the Copyright Owner. Screenshots of the posts are attached as Exhibit A. The Copyright Owner owns the rights to the copyright and/or intellectual property associated with the Copyrighted Work, and the Infringing Posts infringes on the Copyright Owner's rights in the Copyrighted Work.

We have a good faith belief that Instagram's display of the Copyrighted Work is not authorized by the Copyright Owner, any agent of Copyright Owner, nor any applicable law. The information in this notification is accurate. We swear under penalty of perjury that we are authorized to act on behalf of the Copyright Owner with respect to the subject matter of this letter.

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com

A LAW FIRM **BUILT FOR BUSINESS.**

MERITAS

1



**ALEX E. JONES | Partner**

Direct: 216.736.7241 | Mobile : 440.832.0599 | AEJ@kjk.com

**We therefore request that you remove the Infringing Posts or delete the Infringing Posts as set forth in and pursuant to Sections 512(c)(1)(C), Section 512(d)(3), and Section 512(b)(2)(E), as applicable, of the DMCA.** Please contact the undersigned no later than one week from the date of this letter to confirm that the infringing materials have been removed or deleted. The undersigned may be contacted at the email address set forth above.

**THIS LETTER DOES NOT PURPORT TO BE A COMPLETE STATEMENT OF THE LAW, THE FACTS, OUR CLIENT'S RIGHTS OR POTENTIAL CLAIMS AND IS WITHOUT PREJUDICE TO ITS LEGAL AND EQUITABLE RIGHTS, ALL OF WHICH ARE EXPRESSLY RESERVED.**

If there are any further questions regarding this urgent matter, I am reachable as noted above.

Sincerely,

Alex E. Jones, Esq.

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com

MERITAS

A LAW FIRM **BUILT FOR BUSINESS.**

2



**ALEX E. JONES | Partner**

Direct: 216.736.7241 | Mobile : 440.832.0599 | AEJ@kjk.com

Exhibit A

URL: https://www.instagram.com/p/DLjKME2I_EH/?igsh=MTE1cXhjZWUzajQ1MQ==



URL: https://www.instagram.com/p/DLaY4eVpgH_/?igsh=d3kwNTgxNGVrNGhz&img_index=1



**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com



A LAW FIRM **BUILT FOR BUSINESS.**



**ALEX E. JONES | Partner**

**Direct:** 216.736.7241 | **Mobile :** 440.832.0599 | **AEJ@kjk.com**

URL: https://www.instagram.com/p/DLam2xPSLgJ/?igsh=NDZuZmc3a3h4NWo1




**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com



A LAW FIRM **BUILT FOR BUSINESS.**